# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Paula M. Schmitt

                Plaintiff,

v.                                                 Case No.: 1:22−cv−05143

                                                               Honorable Steven C. Seeger

R1 RCM INC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 27, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report (Dckt. No. [26]) The parties confirmed that they have signed a settlement agreement. They expect to file a stipulation of dismissal by March 10, 2023. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless the parties seek and obtain judicial relief by March 30, 2023. The case is closed. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.